O

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| AIVAN MARIE NOELLE DUPUIS and PAPKEN NALBANDIAN,<br><br>　　　　　　　Plaintiffs,<br><br>　　v.<br><br><br>UNITED STATES CITIZENSHIP AND IMMIGRATION SERVICES (USCIS); EXECUTIVE OFFICE FOR IMMIGRATION REVIEW (EOIR); AND BOARD OF IMMIGRATION APPEALS (BIA),<br><br>　　　　　　　Defendants. | Case No.: 2:22-cv-01519-MEMF (JEMx)<br><br>**ORDER GRANTING STIPULATION TO CONTINUE SETTLEMENT COMPLETION DEADLINE [ECF NO. 20]** |

/ / /

/ / /

1

On September 21, 2022, the parties filed a Stipulation to Continue Settlement Completion Deadline (ECF No. 20), seeking to continue the present settlement completion deadline of October 15, 2022 by ninety (90) days.

The Court, having considered the parties' Stipulation and finding good cause therefor, hereby GRANTS the Stipulation and ORDERS as follows:

1. The parties' deadline to complete settlement is continued by ninety (90) days. The new deadline is January 13, 2023.

Dated: October 13, 2022

MAAME EWUSI-MENSAH FRIMPONG
United States District Judge

2